FILED: August 11, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 14-2157**
**(13-0375 BLA)**

WEST VIRGINIA COAL WORKERS' PNEUMOCONIOSIS FUND, as carrier for Pen Coal Corporation,

        Petitioner,

    v.

KENNETH GREGORY; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

        Respondents.

—————

O R D E R

—————

West Virginia Coal Workers' Pneumoconiosis Fund, as insurance carrier for Pen Coal Corporation, petitions for review of the Benefits Review Board's ("the Board") decision and order affirming the Administrative Law Judge's ("ALJ") award of benefits to Kenneth Gregory under the Black Lung Benefits Act, 30 U.S.C. §§ 901-945 (2012). Our review of the record discloses that the ALJ's decision is based upon substantial evidence and that the Board's decision is without reversible error. Accordingly, we deny the petition for review.

Entered at the direction of the panel: Judge Keenan, Judge King, and Senior Judge Davis.

For the Court

/s/ Patricia S. Connor, Clerk