FILED: September 28, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2157
(13-0375 BLA)

_____

WEST VIRGINIA COAL WORKERS' PNEUMOCONIOSIS FUND, as carrier for Pen Coal Corporation

       Petitioner

v.

KENNETH GREGORY; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

       Respondents

_____

O R D E R

_____

Upon review of submissions relative to the motion for continuation of mediation, the motion is granted.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk