FILED: October 14, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2157
(13-0375 BLA)
_____

WEST VIRGINIA COAL WORKERS' PNEUMOCONIOSIS FUND, as carrier for Pen Coal Corporation

      Petitioner

v.

KENNETH GREGORY; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

      Respondents

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge King, Judge Keenan, and Senior Judge Davis.

                For the Court

                /s/ Patricia S. Connor, Clerk